UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.
                                        Case No.  2:06-cr-3-FtM-33DNF

JORGE MARTIN YAC VASQUEZ

_____/

**<u>ORDER</u>**

This matter comes before the Court pursuant to Defendant's Renewed Motion to Transfer Defendant to Local Facility and Maintain Presence in United States Until Completion of Proceedings. (Doc. # 77) filed by Defendant on September 19, 2007.

Defendant advises this Court that he is currently in custody at CI McRae, Correctional Institution, 1000 Jim Hammock Drive, McRae, Georgia, 31055. Defendant seeks an order of this Court transferring him to a local correctional institution, preferably in Miami, Florida, to await the completion of the proceedings applicable to his motion for Post-Conviction relief (Doc. # 69). Defendant seeks a transfer so that he can actively assist his attorney, who is a resident of Miami, Florida, to prepare for any hearings pursuant to Defendant's motion for post-conviction relief. However, on October 9, 2007, this Court entered an order denying Defendant's motion for post-conviction relief (Doc. # 78).

Therefore, Defendant's motion to be transferred to a local facility is moot and is due to be denied.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant's Renewed Motion to Transfer Defendant to Local Facility and Maintain Presence in United States Until Completion of Proceedings (Doc. # 77) is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Fort Myers, Florida, this 10th day of October, 2007.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2